AO-91 (Rev. 8/01) Criminal Complaint

United States District Court
Southern District of Texas
FILED

JUL - 8 2015

David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT

**SOUTHERN** DISTRICT OF **TEXAS**

UNITED STATES OF AMERICA
V.

Abel Balderas Garcia
YOB: 1982
Mexican Citizen

**CRIMINAL COMPLAINT**

Case Number: M-15-1108-M

I, the undersigned complainant state that the following is true and correct to the best of my Knowledge and belief. On or about **July 7, 2015** in **Hidalgo** County, in the **Southern** District of **Texas** Defendant(s) did,

Knowingly and intentionally possess with intent to distribute approximately 16.72 kilograms of Cocaine, a Schedule II controlled substance, and did knowingly and intentionally conspire to possess with intent to distribute approximately 16.72 kilograms of Cocaine, a Schedule II controlled substance.

in violation of Title **21** United States Code, Section(s) **841(a)(1), 846, and 952**.

I further state that I am a(n) **Special Agent** And that this complaint is based on the following facts:

Official Title

See Attachment "A"

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

_____
Signature of Complainant

Pablo Silva, HSI Special Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

**July 8 2015** At **McAllen, Texas**
Date                                              City and State

U.S. Magistrate Judge, Nancy Johnson          _____
Name and Title of Judicial Officer             Signature of Judicial Officer

Attachment "A"

On July 7, 2015, Homeland Security Investigations (HSI), McAllen, Texas, was notified by Customs and Border Protection (CBP) that they had received information in reference to an unknown driver for Varela Trucking Company attempting to smuggle approximately 15 kilograms of cocaine into the United States via the Pharr Port of Entry, Pharr, Texas. CBP Officers identified the truck after the driver of Varela Trucking truck # 221 appeared to be nervous and observed to have a blank stare as well as hesitating in driving forward when instructed to enter the inspection area at the Port of Entry. The driver was identified as Abel BALDERAS Garcia and was found to be in possession of approximately 16.72 kilograms of cocaine in a green bag located in the center console of the single cab truck.

HSI McAllen special agents responded to the port of entry to interview BALDERAS who was advised of his Miranda Warnings. BALDERAS waived and agreed to answer questions without an attorney present.

BALDERAS stated that he is the sole driver of the truck and had no knowledge of how the bag containing the cocaine would have been placed inside his truck.

The United States Attorney's Office in McAllen accepted Federal prosecution on BALDERAS.